UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERRICK WALKER, §<br>    ID # 1546567, §<br>        Plaintiff, §<br>vs. §<br> §<br>WILLIAM STEPHENS, Director, §<br>Texas Department of Criminal §<br>Justice Correctional Institutions Division, §<br>        Respondent. § | CIVIL ACTION NO.:<br>3:14-CV-1596-B |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY

In accordance with Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), and after considering the record in this case and the recommendation of the Magistrate Judge, the petitioner's motion for leave to file a notice of appeal, (doc. 13), which has been liberally construed as a motion for a certificate of appealability from the Electronic Order (text entry 12) denying him leave to amend the 28 U.S.C. § 2254 petition, is **DENIED** for the reasons set forth in the Electronic Order (text entry 12) and for the reasons that the petition was dismissed (docs. 7 & 9). The petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The petitioner must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

SIGNED this 7th day of October, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE