UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERRICK WALKER, )<br>ID # 1546567, )<br>  Petitioner, )<br>vs. )<br>)<br>WILLIAM STEPHENS, Director, )<br>Texas Department of Criminal )<br>Justice, Correctional Institutions Division, )<br>  Respondent. ) | No. 3:14-CV-1596-B (BH) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's July 31, 2014 notice of appeal (doc. 13) was filed within thirty days of an appealable order and should be considered timely filed.

The Clerk of Court is **DIRECTED** to forward a copy of the magistrate judge's findings and conclusions and a copy of this order to the Fifth Circuit Court of Appeals.

**SIGNED this 25th day of March, 2015.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE